# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joseph E James, Jr., | **NO. CV-19-02069-PHX-MTL** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| City of Peoria, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 22, 2020, judgment is entered in favor of Defendants and against Plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
Acting District Court Executive/Clerk of Court

January 22, 2020

By   s/ D. Draper
     Deputy Clerk