| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 9 2020 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JOSEPH E. JAMES, Jr.,

        Plaintiff-Appellant,

 v.

CITY OF PEORIA; et al.,

        Defendants-Appellees,

 and

PEORIA POLICE DEPARTMENT,

        Defendant.

No.  20-15260

D.C. No. 2:19-cv-02069-MTL
District of Arizona,
Phoenix

ORDER

The opening brief was due April 20, 2020. The court's April 6, 2020 order at Docket Entry No. 3 directed appellant to pay the docketing and filing fees by April 20, 2020. To date, the opening brief has not been filed and the fees have not been paid. Pursuant to Ninth Circuit Rule 42-1, this case is dismissed for failure to prosecute.

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

The appellees' motion (Docket Entry No. 4) to dismiss is denied as moot.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT

                              By: Grace Santos
                              Deputy Clerk
                              Ninth Circuit Rule 27-7

GS 06/08/2020/Pro Mo